UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 13-00325 DLJ |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | STIPULATION AND [] ORDER TO CONTINUE STATUS CONFERENCE AND REFERAL TO U.S. PROBATION |
| Yin He, | ) | |
| Defendant. | ) | |

## STIPULATION

The United States, by and through Special Assistant United States Attorney Hanley Chew, and defendant Yin He, by and through Attorney Jay Rorty, hereby stipulate that, with the Court's approval, the status conference hearing currently set for March 6, 2014 at 9:00 a.m. is vacated and a sentencing hearing shall be held June 5, 2014 at 10:00 a.m.

The parties further stipulate that the Court will refer the matter to the United States Probation Office for the preparation of a pre sentence report.

.

Dated:_____                    _____/s/_____
                                          HANLEY CHEW
                                          Assistant United States Attorney


Dated:_____                    _____/s/_____
                                          JAY RORTY
                                          Attorney for Defendant

1

**[] ORDER**

Pursuant to agreement and stipulation of the parties, the Court HEREBY ORDERS that the present status conference hearing date of March 6, 2014 be vacated and a sentencing hearing calendared for June 5, 2014 at 9:00 a.m.

The matter is referred to the United States Probation office for the preparation of a pre sentence report.

IT IS SO ORDERED.

DATED:

_____
THE HONORABLE D. LOWELL JENSEN
United States District Judge